# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Summons in a Civil Case

MARTIN G. McNULTY

                Plaintiff(s),

v.

REDDY ICE HOLDINGS, INC.; REDDY ICE CORPORATION; ARCTIC GLACIER INCOME FUND; ARCTIC GLACIER, INC.; ARCTIC GLACIER INTERNATIONAL, INC.; HOME CITY ICE COMPANY, INC.; KEITH CORBIN; CHARLES KNOWLTON; JOSEPH RILEY

                Defendant(s).

**Case: 2:08-cv-13178**
**Judge: Lawson, David M**
**MJ: Hluchaniuk, Michael J.**

### Notice to Defendant

This summons is notification that you are being sued by the above named plaintiff(s). You are required to:

1. Serve upon the **plaintiff's attorney**:

Andrew A. Paterson (P18690)
23880 Woodward Ave.
Pleasant Ridge, MI 48069-1133
(248) 291-0500 x 275 (Tel.)
(248) 291-0505 (Fax)

an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. File with the court any answer that you serve on the parties to this action within the time limits specified.

Failure to answer or take other actions permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

David J. Weaver, Clerk of Court

By: _____
     Deputy Clerk



Date of Issuance:

## Summons and Complaint Return of Service

Case No. 2:08-cv-13178
Hon. _____

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served: Joseph Riley
Date of Service: Friday, 8-1-08 8:50 am

**Method of Service**

_X_ Personally served at this address: 2947 Briarcliff St., E. Lansing, MI, 48823

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $ 9.12   Service $ 21   Total $ 30.12

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Robert W. DeLong
Signature of Server: Robert W. DeLong
Date: 8-1-08 8:50 Am Friday
Server's Address: 802 N. Capitol Ave, Lansing, Mich