# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARTIN G. MCNULTY

      Plaintiff,

v.

REDDY ICE HOLDINGS, INC., REDDY ICE
CORPORATION, ARCTIC GLACIER
INCOME FUND, ARCTIC GLACIER, INC.,
ARCTIC GLACIER INTERNATIONAL, INC.,
HOME CITY ICE COMPANY, INC., KEITH
CORBIN, CHARLES KNOWLTON, JOSEPH
RILEY,

      Defendants.
_____/

Case Number: 08-CV-13178

JUDGE PAUL D. BORMAN
UNITED STATES DISTRICT COURT

## ORDER AMENDING OPINION AND ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS

On May 29, 2009, this Court issued an Opinion and Order Granting in Part and Denying in Part Defendants' Motions to Dismiss. As a result of that Opinion and Order, Plaintiff no longer has any claims remaining against Defendants Reddy Ice Holdings, Inc., Reddy Ice Corporation, Home City Ice Company, Inc., Keith Corbin, and Joseph Riley. Accordingly, the Court GRANTS each of their respective Motions to Dismiss in full and DISMISSES these Defendants from the case.

Because Plaintiff has at least one claim remaining against Defendants Arctic Glacier Income Fund, Arctic Glacier, Inc., Arctic Glacier International, Inc., and Charles Knowton, the Court GRANTS IN PART and DENIES IN PART these Defendants' Motions to Dismiss and does not dismiss these Defendants from the case.

**SO ORDERED.**

                                                S/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  June 2, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 2, 2009.

                                                S/Denise Goodine
                                                Case Manager