UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN G. MCNULTY

       Plaintiff,                                Case Number: 08-CV-13178

v.                                              JUDGE PAUL D. BORMAN
                                                     UNITED STATES DISTRICT COURT

REDDY ICE HOLDINGS, INC., REDDY ICE
CORPORATION, ARCTIC GLACIER
INCOME FUND, ARCTIC GLACIER, INC.,
ARCTIC GLACIER INTERNATIONAL, INC.,
HOME CITY ICE COMPANY, INC., KEITH
CORBIN, CHARLES KNOWLTON, JOSEPH
RILEY,

       Defendants.
_____/

## ORDER REQUIRING DEFENDANTS REDDY ICE HOLDINGS, INC., REDDY ICE CORPORATION, HOME CITY ICE COMPANY, INC., AND JOSEPH RILEY TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION BY JULY 8, 2009

      Plaintiff Martin G. McNulty ("Plaintiff") filed a Motion for Reconsideration on June 29, 2009, asking the Court to reverse its finding that Plaintiff has not adequately alleged the existence of a RICO enterprise as to defendants Reddy Ice Holdings, Inc., Reddy Ice Corporation, Home City Ice Company, Inc., and Joseph Riley in light of the U.S. Supreme Court's recent decision in *Boyle v. United States*, No. 07-1309, 2009 WL 1576571 (June 8, 2009) and to reinstate Plaintiff's RICO claims under 18 U.S.C. 1962(c) against those same defendants.

      Because of the potential implications that the *Boyle* decision has on the instant action, the Court **ORDERS** defendants Reddy Ice Holdings, Inc., Reddy Ice Corporation, Home City Ice Company, Inc., and Joseph Riley to respond to Plaintiff's Motion by July 8, 2009. Defendants

response briefs are to be limited to no more than five pages.  No reply brief is needed from Plaintiff.

**SO ORDERED.**

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 1, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 1, 2009.

S/Denise Goodine
Case Manager
