# SUTTS, STROSBERG
### L A W Y E R S

**ANDREW J. MORGANTI, J.D., LL.M.**
tel:   519.561.6251
fax   866.316.5308 toll free
fax:   519.561.6203
email: andrew@strosbergco.com

Licensed to practice law in the District
of Columbia, Michigan and Ontario

March 3, 2010

Our file:   73.149.000

**Sent by fax to:**

Hon. Paul D. Borman
Hon. R. Steven Whalen
United States District Court
   for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 673
Detroit, MI 48226
T: 313.234.5115
F: 313.234.5650

RE:   *McNulty v. Reddy Ice Holdings, Inc., et al.*, Case No. 08-cv-13178 (E.D. Mich.)

Dear Judge Borman
  and Judge Whalen:

This correspondence concerns the Canadian movant's Motion to Intervene #128. Much has transpired with certain parties in the related criminal proceedings since the filing of the Motion to Intervene #128. Yesterday, the Canadian movant re-filed an antitrust class action statement of claim adding Reddy Ice Holdings, Inc. and Keith E. Corbin as defendants in the Canadian litigation. For this and related reasons, we will be withdrawing the Motion to Intervene #128. This decision does not, however, foreclose the possibility that we will re-file the motion to intervene at a future date.

Respectfully yours,

*Andrew Morganti /per. sw*

Andrew J. Morganti
AJM/sw
#785807

Dictated but not read

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2010, I electronically filed the foregoing Letter to Withdraw the previously filed Motion to Intervene, Dkt. #128, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- o David H. Bamberger
- o Lisa A. Brown
- o Anthony T. Chambers
- o Pamela C. Dausman
- o Eric Enson
- o David A. Ettinger
- o Mark H. Hamer
- o Melissa B. Hirst
- o Howard B. Iwrey
- o Daniel A. Kotchen
- o Daniel L. Low
- o Laurence S. Lustberg
- o Scott L. Mandel
- o Jennifer Mara
- o James R. Nelson
- o Andrew A. Paterson, Jr.
- o Johyn B. Pinney
- o Paul W. Render
- o Michael a. Roberts
- o Peter Silverman

*/s/ Andrew M. Morganti*
Andrew J. Morganti (P57989)
SUTTS, STROSBERG LLP
251 Goyeau Street, Suite 600
Windsor, Ontario N9A 6V4
CANADA
Tel:     (519) 561-6251
Fax:     (519) 561-6203
andrew@strosbergco.com

781563.1 1