# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARTIN G. MCNULTY

      Plaintiff,

v.

REDDY ICE HOLDINGS, INC., REDDY ICE
CORPORATION, ARCTIC GLACIER
INCOME FUND, ARCTIC GLACIER, INC.,
ARCTIC GLACIER INTERNATIONAL, INC.,
HOME CITY ICE COMPANY, INC., KEITH
CORBIN, CHARLES KNOWLTON, JOSEPH
RILEY,

      Defendants.
_____/

Case Number: 08-CV-13178

JUDGE PAUL D. BORMAN
UNITED STATES DISTRICT COURT

## ORDER DEEMING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS FILED OCTOBER 20, 2008 AS MOOT

On October 20, 2008, plaintiff's filed a motion to compel discovery and for sanctions for defendants refusal to participate in a Rule 26(f) conference. The parties are now proceeding with discovery, therefor;

IT IS ORDERED that this motion is deemed MOOT.

                                          S/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: April 6, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 6, 2010.

                                              S/Denise Goodine
                                              Case Manager