# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARTIN G. MCNULTY

      Plaintiff,                     Case Number: 08-CV-13178

v.                                   JUDGE PAUL D. BORMAN
                                       UNITED STATES DISTRICT COURT

REDDY ICE HOLDINGS, INC., REDDY ICE
CORPORATION, ARCTIC GLACIER
INCOME FUND, ARCTIC GLACIER, INC.,
ARCTIC GLACIER INTERNATIONAL, INC.,
HOME CITY ICE COMPANY, INC., KEITH
CORBIN, CHARLES KNOWLTON, JOSEPH
RILEY,

      Defendants.
_____/


## ORDER REGARDING PLAINTIFF'S REQUEST FOR CORBIN DEPOSITION

     Plaintiff wants to take a deposition of Keith Corbin. Plaintiff did not participate in the previous Corbin deposition held in November.

     Arctic Glacier has stated that it will not object to Plaintiff noticing its own third-party deposition of Mr. Corbin.

     With regard to document production issues, the Court notes that Magistrate Judge Whalen ruled on January 6, 2011 on two Motions by Plaintiffs' to Compel Production of Documents.

1

Accordingly, if Plaintiff wishes to depose Mr. Corbin, he should proceed as soon as possible, given Mr. Corbin's serious physical condition.

SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 7, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 7, 2011.

S/Denise Goodine
Case Manager