UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN G. MCNULTY,

      Plaintiff,

v.

REDDY ICE HOLDINGS, INC.,
REDDY ICE CORPORATION, ARCTIC
GLACIER INCOME FUND, ARCTIC
GLACIER INTERNATIONAL, INC.,
HOME CITY ICE COMPANY, INC.,
KEITH CORBIN, CHARLES KNOWLTON,
and JOSEPH RILEY,

      Defendants.
_____/

Case No. 08-cv-13178

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

ORDER REQUESTING DEFENDANTS
(1) TO SUBMIT RESPONSES TO "PLAINTIFF'S OBJECTIONS TO OPINION AND
ORDERS ON PRODUCTION OF DOCUMENTS" (DKT. NO. 207)
AND
(2) TO PROVIDE A LIST OF DISCOVERY DOCUMENTS PRODUCED TO OPPOSING
COUNSEL TO DATE IN ANY OF THE PACKAGED ICE CASES

On January 19, 2011, Plaintiff filed objections to (1) Magistrate Judge Whalen's January 6, 2011 Opinion and Order Re: Plaintiff's Motion to Compel Reddy Ice to Produce Documents [Doc. #143] and Motion to Compel Home City Ice to Produce Documents [Doc. # 144]  (Dkt. No. 203) (relating to the relevance of both the alleged market allocation conspiracy and Home City's compensation, performance and hiring practices) and to (2) Magistrate Judge Whalen's January 10, 2011 Order Granting Defendant Arctic Glacier's Motion for a Protective Order [Doc. # 159] (Dkt. No. 205).  (Dkt. No. 207).

1

Defendants' responses to Plaintiff's Objections are due on or before February 9, 2011.

The Court additionally requests that Defendants' responses attach a list of all discovery documents produced by each of them to date to any party, in any of the Packaged Ice related suits, including the date on which the documents were produced, the case in which the documents were produced and the party to whom they were produced. The Court also requests specific designation on the list of any documents produced in connection with, or marked as exhibits at, the November, 2010 deposition of Keith Corbin.

The list is to include documents produced in this action and in any of the following cases: *In Re Packaged Ice Antitrust Litigation, Direct and Indirect Purchaser Actions*, No. 08-md-1952 (E.D. Mich.); *Stanford v. Corbin, et al.*, No. 10-cv-11689 (E.D. Mich.); *Chamberlain v. Reddy Ice Holdings, Inc. et al.*, No. 08-cv-13451 (E.D. Mich.); the Canadian Class Action, *Knowles v. Arctic Glacier Inc., Reddy Ice and Keith Corbin*. Defendants need not list each document individually, but the list must include enough information regarding any category of documents produced to fairly apprise the Court of the specific subject matter of the group of responsive documents produced.

IT IS SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: January 25, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 25, 2011.

S/Denise Goodine
Case Manager